**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Diane Marie Brooks aka Diane Marie Mento aka Diane Marie Ragan | CHAPTER 7 |
| Charles Wayne Brooks | BKY. NO. 21-21604 GLT |
| <u>Debtor(s)</u> | |

**<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>**

To the Clerk:

     Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ *Maria D. Miksich*
Maria Miksich
13 Aug 2021, 13:54:17, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com