# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Diane Marie Brooks aka Diane Marie Mento aka Diane Marie Ragan**<br>**Charles Wayne Brooks**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 21-21604 GLT**<br><br>**Chapter 7**<br><br>**Related to Document No.** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>　　　　　　　　　　**Movant**<br>　　　　　　**vs.** | **Hearing Date: November 23, 2021**<br><br>**Hearing Time: 10:00AM** |
| **Diane Marie Brooks aka Diane Marie Mento aka Diane Marie Ragan**<br>**Charles Wayne Brooks**<br>　　　　　　　　　　**Respondent** | **Objection Deadline: October 29, 2021** |
| **Rosemary C. Crawford**, (**Trustee**)<br>　　　　　　　　　**Additional Respondent** | |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Maria D. Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 4, 2021, I served the above captioned pleading, along with the default order in the proceeding on the parties at the addresses shown below;

Debtor(s)
Diane Marie Brooks aka Diane Marie Mento aka
Diane Marie Ragan – PRO SE
4376 Gladstone Street
Pittsburgh, PA 15207

Charles Wayne Brooks – PRO SE
4376 Gladstone Street
Pittsburgh, PA 15207

Trustee
Rosemary C. Crawford
P.O. Box 355 (VIA ECF)
Allison Park, PA 15101
crawfordmcdonald@aol.com

US Trustee
Office of the US Trustee office
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

Method of Service: electronic means or first class mail

Dated: November 4, 2021

**/s/ Maria D. Miksich, Esquire**
Maria D. Miksich, Esquire
mmiksich@kmllawgroup.com
Attorney I.D. No. 319383
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Attorney for Movant/Applicant