FILED
12/8/2021
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Notice of Undeliverable Mail to Debtor

November 24, 2021

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Diane Marie Brooks, Case Number 21-21604, GLT

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219**

---

Undeliverable Address:
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
*1050 Woodward Ave Detroit MI 48225*
*48225*

Undeliverable Address:
CAVALRY PORTFOLIO SERV

1

Role type/cr id: 15393859
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

500 Summit Lake Dr
Valhalla NY 10595

Undeliverable Address:
DISCOVER FIN SVCS LLC

Role type/cr id: 15393851
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

P.O Box 15316
Wilmington DE 19850

Undeliverable Address:
JPMCB CARD

Role type/cr id: 15393852
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

P.O Box 15369
Wilmington DE 79850

Undeliverable Address:
LVNV FUNDING LLC

Role type/cr id: 15393858
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

300 Meeting St Ste.# 206
South Carolina 29601

Undeliverable Address:
MIDLAND CREDIT MANAGEM

Role type/cr id: 15393857
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

350 Camino De La Reina Ste 100
San Diego CA 92108

2

Undeliverable Address:
PNC BANK, N.A.

Role type/cr id: 15393853
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

*P.O. Box 3180*
*Pgh PA 15230*

Undeliverable Address:
PORTFOLIO RECOV ASSOC

Role type/cr id: 15393856
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

*120 Corporate Blvd*
*Norfolk VA 23502*

Undeliverable Address:
RECEIVABLE MANAGEMENT

Role type/cr id: 15393860
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

*240 Emery St*
*Bethlehem PA 18015*

Undeliverable Address:
SOUTHWEST CREDIT SYSTE

Role type/cr id: 15393855
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

*P.O Box 15153*
*Wilmington DE 19886-5153*

Undeliverable Address:
US BANK

Role type/cr id: 15393854
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

004868                                    4270800487203S

PO Box 790408

St Louis MO 63179-0408

_Diane Marie Brooks_        _11-26-21_
Signature of Debtor or Debtor's Attorney        Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

004868    42708004872035

WED 42708 0313-2 319 21-21604
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

004868  4868 1 AB 0.458  15207  4 1  9465-1-5039

Diane Marie Brooks
Charles Wayne Brooks
4376 Gladstone Street
Pittsburgh, PA 15207-1485

004868      42708004872044

4576 Gladstone St
Psh, PA 15207

Western District of A
US Bankruptcy Court
5414 U.S. Steel Tower
600 Grant St
Psh PA 15219






