Form 319

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Diane Marie Brooks** | : | Case No. 21–21604–GLT |
| **aka Diane Marie Mento, aka Diane Marie** | : | |
| **Ragan** | : | Chapter: 7 |
| **Charles Wayne Brooks** | : | |
| *Debtor(s)* | : | |
| | : | |

## ORDER

   In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a *Statement of Completion* evidencing completion of a personal financial management course, or alternatively, a *Certification* that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

   In this case, the Debtor(s) failed to timely file a Certification substantially conforming to *Official Form No. 423*, i.e., a ***Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management***, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

   ***AND NOW***, this ***The 22nd of November, 2021***, it is hereby ***ORDERED, ADJUDGED and DECREED*** that this case is ***DEEMED CLOSED, without entry of a discharge order.*** Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated: November 22, 2021

cm: Debtor
  Trustee
  Office of the U.S. Trustee
  Mailing Matrix

Gregory L. Taddonio, Judge
United States Bankruptcy Court

004868           42708004872017

FILED
12/8/2021
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Certificate Number: 02998-PAW-CC-035821478



02998-PAW-CC-035821478

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 8, 2021</u>, at <u>7:35</u> o'clock <u>PM EDT</u>, <u>Charles Wayne Brooks</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 8, 2021</u>                    By:    <u>/s/Maria Gomez</u>

                                        Name:  <u>Maria Gomez</u>

                                        Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

FILED
12/8/2021
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Certificate Number: 02998-PAW-CC-035821477



02998-PAW-CC-035821477

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 8, 2021</u>, at <u>7:35</u> o'clock <u>PM EDT</u>, <u>Diane Marie Brooks</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>July 8, 2021</u>          By:   <u>/s/Maria Gomez</u>

                          Name:  <u>Maria Gomez</u>

                          Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).